IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-00145 |
| | ) | JUDGE HAYNES |
| CHARLES ALONZO GIPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A revocation hearing is set in this action for **Friday, March 8, 2013 at 11:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the ___19th___ day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court